# Exhibit 3

# Annalise Beube

| | |
|---|---|
| **From:** | Centers for Disease Control and Prevention / Agency for Toxic Substances and Disease Registry <foiarequests@cdc.gov> |
| **Sent:** | Saturday, April 2, 2022 1:01 AM |
| **To:** | S&G Information Request Staff |
| **Subject:** | Status Update for Request #22-01281-FOIA |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Aaron Siri,

The status of your FOIA request #22-01281-FOIA has been updated to the following status 'Received'. To log into the CDC FOIA Public Access Link click on the Application URL below.

https://foia.cdc.gov/

Sincerely,
FOIA