UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>                              Plaintiff,<br>  -against-<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION AND HEALTH AND HUMAN SERVICES,<br><br>                              Defendant. | Civil Action No. 1:22-cv-00481-RP |
| INFORMED CONSENT ACTION NETWORK,<br><br>                              Plaintiff,<br>  -against-<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION AND HEALTH AND HUMAN SERVICES,<br><br>                              Defendants. | Civil Action No. 1:21-cv-01179-RP |

**PLAINTIFF'S CONSENT MOTION FOR 14-DAY EXTENSION OF STAY**

Plaintiff, Informed Consent Action Network ("**ICAN**"), requests a stay of the above-captioned litigations, including the current briefing schedules, of 14 days so that the Parties may continue discussions aimed at resolving this matter amicably. *See* Fed. R. Civ. P. 6(b)(1)(A).

Specifically, Plaintiff requests a 14-day extension of the current stay of litigation (April 13, 2023 text order) until May 26, 2023, for the Parties to continue negotiations. Plaintiff seeks this extension for good cause, as it believes this matter may be resolved without the need for further litigation. Aside from the briefing schedule deadlines, no other existing deadlines will be affected

by the proposed extension, and no party will suffer prejudice, as discovery has not begun.

Pursuant to Local Rule CV-7(g), the Parties have conferred on this motion and Defendant's counsel consents to the relief requested.

| | |
|---|---|
| DATED: May 11, 2023 | SIRI & GLIMSTAD LLP |
| | */s/ Elizabeth A. Brehm* |
| | Aaron Siri, Bar No. 4321790 |
| | Elizabeth A. Brehm, NY Bar No. 4660353 |
| | 745 Fifth Avenue, Suite 500 |
| | New York, NY 10151 |
| | Phone: (212) 532-1091 |
| | Fax: (646) 417-5967 |
| | aaron@sirillp.com |
| | ebrehm@sirillp.com |
| | |
| | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I, Elizabeth A. Brehm, Esquire, do certify on May 11, 2023, I served a true and correct copy of Plaintiff's Consent Motion for 14-Day Extension of Stay and the foregoing was electronically served on all parties authorized to receive via this Court's CM/ECF system on this 11th day of May 2023.

　　　　　　　　　　　　　　　　　　　　　*/s/ Elizabeth A. Brehm*
　　　　　　　　　　　　　　　　　　　　　Elizabeth A. Brehm, Esq.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>                              Plaintiff,<br>   -against-<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION AND HEALTH AND HUMAN SERVICES,<br><br>                              Defendant. | Civil Action No. 1:22-cv-00481-RP |
| INFORMED CONSENT ACTION NETWORK,<br><br>                              Plaintiff,<br>   -against-<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION AND HEALTH AND HUMAN SERVICES,<br><br>                              Defendants. | Civil Action No. 1:21-cv-01179-RP |

## [PROPOSED] ORDER

AND NOW, upon review of Plaintiff's Consent Motion For 14-Day Extension of Stay, having found good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**.

The Clerk of Court is hereby directed to remove all deadlines from the calendar and to stay this case for 14 days, until May 26, 2023.

The Parties are hereby directed to file their summary judgment papers, or a motion for extension of time to file said summary judgment papers, or a motion to extend the stay on or before May 26, 2023.

**SO ORDERED**, this _____ day of _____, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE